AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| M. PATRICIA CANTU AND ROBERTO CANTU,<br>*Plaintiff*<br>v.<br>AUSTIN POLICE DEPARTMENT, ET AL.<br>*Defendant* | Civil Action No. 1:21-CV-84-DAE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' claims are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra on a motion for Summary Judgment

Date: 02/08/2024

Philip J. Devlin
*CLERK OF COURT*

*Deanna Massie* (signature)
*Signature of Clerk or Deputy Clerk*