# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50397
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
January 17, 2025
Lyle W. Cayce
Clerk

M. Patricia Cantu; Roberto Cantu,

*Plaintiffs—Appellants*,

*versus*

Austin Police Department; Michael Joseph, *Sergeant, Austin Police Department*; Jacob Beirowski, *Officer, Austin Police Department*; Robert Mattingly, *Officer, Austin Police Department*; Luis Alberto Camacho, III, *Officer, Austin Police Department*; Kyle Peterson, *Officer, Austin Police Department*; Julian Padro-Martin, *Officer Badge# 8243, Austin Police Department*; Christopher J. Knodel, *Officer, Austin Police Department*; City of Austin, Texas,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-84

_____

Before Davis, Stewart, and Southwick, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

No. 24-50397

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**Certified as a true copy and issued as the mandate on** Mar 26, 2025

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**